IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDY CACCIOLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WORK N GEAR | : | NO. 13-381 |

## ORDER

**AND NOW**, this 29th day of May, 2014, in consideration of Defendant's Motion for Summary Judgment (ECF No. 29) and all responses thereto, and having held argument with the parties, it is hereby **ORDERED** that:

1. Defendant's motion is **GRANTED**. The Clerk shall mark this action closed.

2. A judgment is entered for Defendant and against Plaintiff.

3. Plaintiff's Motions in Limine (ECF Nos. 37, 38, 39, 40) are **DENIED AS MOOT**.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge